THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE HUDSON RIVER CONNECTING RAILROAD CORPORATION, Appellant, *v.* STATE TAX COMMISSION, Respondent. (Two Proceedings.)

(Argued November 17, 1936; decided December 1, 1936.)

*Kenneth O. Mott-Smith, Frederick L. Wheeler, Edwin B. Collister* and *Clive C. Handy* for appellant.

*John J. Bennett, Jr., Attorney-General (Edward J. Grogan, Jr., Timothy F. Cohan* and *Henry Epstein* of counsel), for respondent.

In each proceeding, order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.